UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MERCEDES-BENZ FINANCIAL      :
SERVICES USA, LLC,           :
                             :
                Plaintiff,  :        21-cv-3908 (VSB)
                             :
       -against-         :              **ORDER**
                             :
CITY OF NEW YORK et al.,     :
                             :
               Defendants.  :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On August 5, 2022, I endorsed the parties' proposed case management plan, which required the parties to submit a joint letter by October 31, 2022, prior to the post-discovery conference scheduled for November 18, 2022.  (Doc. 51.)  To date, the parties have not filed the required joint letter.  Accordingly, it is hereby

      ORDERED that the parties shall submit a joint letter by November 11, 2022, updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.  If either party contemplates filing a dispositive motion, the parties should be prepared to discuss a briefing schedule at the post-discovery conference.

      IT IS FURTHER ORDERED that the parties' joint letter address whether this action should be consolidated with the related cases pending under docket numbers 21-cv-8529-VSB and 22-cv-2310-VSB.

SO ORDERED.

Dated: November 10, 2022
       New York, New York

Vernon S. Broderick
United States District Judge