UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
MERCEDES-BENZ FINANCIAL :
SERVICES USA, LLC, :
:
                          Plaintiff, : 21-cv-3908 (VSB)
:
        -against- : **ORDER**
:
CITY OF NEW YORK et al., :
:
                     Defendants. :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On November 18, 2022, I held a conference in this action. In accordance with the parties' representations and my comments during that conference, it is hereby

      ORDERED that the parties meet and confer and propose an updated schedule by December 1, 2022.

SO ORDERED.

Dated:  November 22, 2022
          New York, New York

                                                                 _____
                                                                  Vernon S. Broderick
                                                                  United States District Judge