UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MERCEDES-BENZ FINANCIAL :
SERVICES USA, LLC, :
:
                              Plaintiff, :         21-cv-3908 (VSB)
:
        -against- :         **ORDER**
:
CITY OF NEW YORK et al., :
:
                          Defendants. :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Following a conference in this action on November 18, 2022, I ordered the parties to meet and confer and propose an updated schedule by December 1, 2022 reflecting the parties intent to proceed with any dispositive motions following the completion of discovery in 1:22-cv-2310 (VSB).  (Doc. 56.)  To date, the parties have failed to comply with that Order. Accordingly, it is hereby

      ORDERED that the parties comply with my November 18, 2022 Order and submit a proposed updated schedule by February 17, 2023 regarding any outstanding dispositive motions. SO ORDERED.

Dated: February 14, 2023
       New York, New York

                                                          Vernon S. Broderick
                                                           United States District Judge