```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MERCEDES-BENZ FINANCIAL SERVICES   :
USA, LLC,                          :
                                   :
                       Plaintiff,  :         21-CV-3908 (VSB)
                                   :
           - against -             :
                                   :
THE CITY OF NEW YORK, et al.,      :
                                   :
                       Defendants. :
------------------------------------------------------------X
SANTANDER CONSUMER USA, INC.,      :
                                   :
                       Plaintiff,  :
                                   :         21-CV-8529 (VSB)
           - against -             :
                                   :
THE CITY OF NEW YORK, et al.,      :
                                   :
                       Defendants. :
------------------------------------------------------------X
VW CREDIT, INC.,                   :
                                   :
                       Plaintiff,  :
                                   :         22-CV-2310 (VSB)
           - against -             :
                                   :
THE CITY OF NEW YORK, et al.,      :
                                   :
                       Defendants. :
------------------------------------------------------------X
VW CREDIT LEASING, LTD.,           :
                                   :
                       Plaintiff,  :
                                   :         23-CV-856 (VSB)
           - against -             :
                                   :           **ORDER**
THE CITY OF NEW YORK, et al.,      :
                                   :
                       Defendants. :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On May 15, 2025, I held a hearing in the above-captioned cases. In accordance with my comments at the hearing, it is hereby:

ORDERED that the parties meet and confer and, no later than May 21, 2025, submit a joint letter regarding: (1) whether the parties request a settlement referral in any of the above-captioned cases and, if not, (2) a proposed briefing schedule regarding any further briefing on the remedies issue in Nos. 21-CV-3908, 22-CV-2310, and 23-CV-856.

The Clerk of Court is respectfully directed to docket this order in Nos. 21-CV-3908, 21-CV-8529, 22-CV-2310, and 23-CV-856.

SO ORDERED.

Dated: May 16, 2025
      New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge