

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Samantha Schonfeld**
Assistant Corporation Counsel
sschonfe@law.nyc.gov

March 20, 2026

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  3/20/2026
The Clerk of Court is respectfully directed to docket this order in the four cases listed below.

**RE:** VW Credit Leasing, LTD, v. City of New York, et. al., 23-CV-00856 (VSB); VW Credit Inc. v. City of New York et al., 22-cv-2310; Mercedes Benz Financial Services v. City of New York et al., 21-cv-03908; Santander Consumer USA, Inc. v. City of New York et al., 21-cv-08529

Your Honor:

This Office represents defendant, the City of New York, in the above-captioned actions. Pursuant to Section 1H of the Court's Individual Rules and Practices, defendant respectfully requests a thirty (30) day extension of time for the parties to submit consolidated briefs on the following: (1) the appropriate amount of compensatory damages, if any, and (2) the process that Plaintiffs are due consistent with the Fourteenth Amendment. Plaintiffs' counsel consents to this request.

It is respectfully requested that the deadlines for the parties be extended thirty (30) days pursuant to the following briefing schedule:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Defendant's Opposition** | **March 27, 2026** | **April 27, 2026** |
| **Plaintiff's Reply** | **April 20, 2026** | **May 20, 2026** |

Defendant requests an extension of time because the undersigned will be out of the office due to a scheduled vacation and because my co-counsel only recently returned to the office following an extended child-care leave. This is the second request for an extension of time to file consolidated briefs regarding damages. Accordingly, we respectfully request that the Court adopt the briefing schedule set forth above.

Respectfully submitted,

/s/ *Samantha Schonfeld*


Samantha Schonfeld
*Assistant Corporation Counsels*

Cc:     All Counsel (via ECF)